IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| ASSOCIATED GROCERS OF THE SOUTH INC., et al.,<br><br>Plaintiffs,<br><br>-vs-<br><br>CARGILL, INC. et al,<br><br>Defendants. | CV-22-90-GF-BMM<br><br>**AMENDED ORDER** |

Plaintiff has moved for an order allowing David P. Germaine, Esq., and Alberto Rodriguez, Esq. to appear *pro hac vice* in this case with Emma L. Mediak, Esq., designated as local counsel. (Docs. 3 and 4.) The applications of Mr. Germaine and Mr. Rodriguez appear to be in compliance with L.R. 83.1(d).

IT IS ORDERED:

Plaintiffs' motions to allow Mr. Germaine and Mr. Rodriguez to appear on their behalf (Docs. 3 and 4) are GRANTED, subject to the following conditions:

1. Local counsel shall exercise the responsibilities required by L.R. 83.1(d)(5) and must be designated as lead counsel or as co-lead counsel;

2. Only one attorney appearing *pro hac vice* may act as co-lead counsel;

3. Mr. Germaine and Mr. Rodriguez must each do their own work. Each must do their own writing, sign their own pleadings, motions, briefs, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court;

4. The Applicant Attorney shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov.

5. Local counsel shall also sign all such pleadings, motions and briefs and other documents served or filed; and

6. Admission is personal to Mr. Germaine and Mr. Rodriguez, not the law firm they work for.

7. Local counsel will provide a copy of this order to pro hac counsel.

**IT IS FURTHER ORDERED**:

Each applicant shall file, within fifteen (15) days from the date of this Order, an acknowledgment and acceptance of their admission under the terms set forth above.

DATED this 29th day of September, 2022.

_____
Brian Morris, Chief District Judge
United States District Court